# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
## CIVIL ACTION NO.: 5:23-cv-331

| | | |
|---|---|---|
| MATTHEW MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S MOTION TO DISMISS** |
| | ) | **PLAINTIFF'S COMPLAINT** |
| NORTH CAROLINA STATE | ) | |
| UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES Defendant North Carolina State University, pursuant to Federal Rules of Civil Procedure Rules 12(b)(1) and 12(b)(6), and respectfully moves to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. For the reasons set forth fully in Defendant's memorandum in support of this motion, Defendant respectfully requests that the Court grant its motion to dismiss.

This 25th day of August, 2023.

JOSHUA H. STEIN
Attorney General

 /s/ Adrina G. Bass
Adrina G. Bass
Special Deputy Attorney General
NC State Bar No. 39521
abass@ncdoj.gov

North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
Tel: 919-716-6920
Fax: 919-716-6764

*Attorney for Defendant*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users, including Plaintiff's counsel, Dawn T. Mistretta ([dmistretta@gmlawyers.org](mailto:dmistretta@gmlawyers.org)) and Aliyah S. Adams ([aadams@gmlawyers.org](mailto:aadams@gmlawyers.org)).

This 25th day of August, 2023.


    /s/ Adrina G. Bass
Adrina G. Bass
Special Deputy Attorney General