UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| MATTHEW MANNING, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | **CASE NO. 5:23-CV-331-D** |
| NORTH CAROLINA STATE UNIVERSITY and YAROSLAVA YINGLING, | ) | |
| Defendants. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES AS MOOT defendant State's motion to dismiss [D.E. 9] and GRANTS defendants' motion to dismiss [D.E. 19]. The court DISMISSES WITHOUT PREJUDICE plaintiff's amended complaint.

This Judgment filed and entered on March 19, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

March 19, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk